# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| David Oppenheimer,<br><br>    Plaintiff,<br><br>vs.<br><br>Daniel M. Sikorra, Linda C. Sikorra, Burt Waters, Fontana Realty, LLC, Rockledge Partners, LLC, Marian E. Schaffer d/b/a Southeast Discovery, The Schaffer Realty Group, Ltd., Private Communities Registry, Inc.,<br><br>    Defendants. | C.A. No.: 1:18-cv-118-MR-DLH<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL PARTIES WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff David Oppenheimer and Defendants Daniel M. Sikorra, Linda C. Sikorra, Burt Waters, Fontana Realty, LLC, Rockledge Partners, LLC, and Private Communities Registry, Inc.[1] hereby stipulate and agree to dismiss this action and all claims that were and could have been asserted therein **with prejudice**.

  Each party shall bear its own costs and attorneys' fees.

  This 7th day of August, 2018.

| | |
|---|---|
| *s/ Jeremy Stuart Foster*<br>Jeremy Stuart Foster<br>CLAWSON & STAUBES, PLLC<br>756 Tyvola Rd # 130<br>Charlotte, North Carolina 28217<br>Telephone: (704) 940-9128<br>jeb@cslaw.com<br>*Attorney for Defendants Daniel M. Sikorra, Linda C. Sikorra, Burt Waters, and Rockledge Partners, LLC* | *s/ James M. Dedman, IV*<br>James M. Dedman, IV<br>GALLIVAN, WHITE, & BOYD, P.A.<br>6805 Morrison Blvd., Suite 200<br>Charlotte, NC 28211<br>(704) 227-1944<br>(704) 362-4850 FAX<br>jdedman@gwblawfirm.com<br>*Attorney for Defendant Private Communities Registry, Inc.* |

---

[1] Defendants Marian E. Schaffer and Schaffer Realty Group, LTD. have not answered or appeared, but as a result of the resolution of this matter, the parties agree that they, too, should be dismissed with prejudice, as well.

| | |
|---|---|
| *s/ Harold C. Spears* | *s/ Dana A. LeJune* |
| Harold C. Spears | Dana A. LeJune |
| CAUDLE & SPEARS, P.A. | 6525 Washington Avenue, Suite 300 |
| 121 West Trade Street, Suite 2600 | Houston, Texas 77007 |
| Charlotte, North Carolina 28202 | Telephone: (713) 942-9898 |
| Telephone: (704) 323-7965 | Facsimile: (713) 942-9899 |
| Facsimile: (704) 338-5858 | dlejune@triallawyers.net |
| hspears@caudlespears.com | |
| *Attorney for Defendant Fontana Realty, LLC* | *Attorney for Plaintiff David Oppenheimer* |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on this day, I electronically filed the foregoing **Joint Stipulation of Dismissal of All Parties with Prejudice** with the Clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system, which will send notification of such filing to all counsel of record.

August 7, 2018  /s/ Dana A. LeJune
 Counsel for Plaintiff